COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



RANDY J. GOLDSTEIN, M.D.,


 Appellant,


v.


FRANCISCO BOADA and IRMA
BOADA,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00072-CV



Appeal from the


34th District Court of 


of El Paso County, Texas


(TC#2007-581)


MEMORANDUM OPINION


 This appeal is before the Court on its own motion for determination as to whether the appeal
should be dismissed for want of prosecution. On March 7, 2008, Appellant, Randy J. Goldstein,
M.D., moved for an extension of the deadline to file his brief. Although the extension was granted,
Appellant failed to meet the extended deadline. By correspondence dated April 30, 2008, the Clerk
of the Court informed Appellant that no brief had been received and warned Appellant of the Court's
intention to dismiss the appeal for want of prosecution unless Appellant provided grounds for
continuance of the appeal. Appellant made no response. Therefore, pursuant to Texas Rule of
Appellate Procedure 38.8, this appeal is dismissed with prejudice.


 KENNETH R. CARR, Justice

July 31, 2008


Before Chew, C.J., McClure, and Carr, JJ.